UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: BAYCOL PRODUCTS LITIGATION, | * | MDL NO. 1431 (MJD/JGL) |
| | * | NO. 01-2395 |
| This document relates to: ADA JACKSON, JUANITA TRIPLETT, and MARY LOU LOVE | * | **STIPULATION OF DISMISSAL** |
| VERSUS | * | |
| BAYER CORPORATION | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

**IT IS HEREBY ORDERED** pursuant to the above Stipulation that Plaintiffs' Complaint in the above-referenced matter is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this ______ day of ____________, 2003.

JUN 23 2005

Michael J. Davis

UNITED STATES DISTRICT COURT JUDGE

JUN 24 2005